FILED
2023 SEP -5 PM 4:01
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

Columbia Division

Andrea Mae Stavropoulos

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See Attached

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:23-cv-00056

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# Defendants

Lawrence Smithson, Magistrate MCSO - individual capacity

Robert Perkins - MCSO Deputy - individual capacity

Brandon Stanfill - CPD - individual capacity

Sean McNally - CPD - individal capacity

Doug Faulkner - CPD - individual capacity

Billy Camargo - CPD · individaal capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Andrea Mae Stavnopoulos |
| Address | 212 Sewanee Cir. |
| | Columbia (City) TN (State) 38401 (Zip Code) |
| County | Maury |
| Telephone Number | 931-374-6863 |
| E-Mail Address | nurseannie1133@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lawrence Smithson |
| Job or Title *(if known)* | Magistrate / Transport Deputy |
| Address | 1300 Lawson White Dr. |
| | Columbia (City) TN (State) 38401 (Zip Code) |
| County | maury |
| Telephone Number | 931-388-5151 |
| E-Mail Address *(if known)* | |

☒ Individual capacity ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Robert Perkins |
| Job or Title *(if known)* | Deputy Sheriff MCSO (Maury Co. Sheriffs) |
| Address | 1300 Lawson White Dr. |
| | Columbia (City) TN (State) 38401 (Zip Code) |
| County | Maury |
| Telephone Number | 931-388-5151 |
| E-Mail Address *(if known)* | |

☒ Individual capacity ☐ Official capacity

Defendant No. 3

Name: Brandon Stanfill
Job or Title *(if known)*: Columbia Police Dept. Patrol
Address: 707 N. Main St.
Columbia, TN 38401
City, State, Zip Code
County: Maury
Telephone Number: 931-388-2727
E-Mail Address *(if known)*:

[X] Individual capacity [ ] Official capacity

Defendant No. 4

Name: Sean McNally
Job or Title *(if known)*: Columbia Police Dept Patrol
Address: 707 N. Main St.
Columbia. TN 38401
City, State, Zip Code
County: Maury
Telephone Number: 931-388-2727
E-Mail Address *(if known)*:

[X] Individual capacity [ ] Official capacity

↑ * See Attached *

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Amendment - Unreasonable Seizure's
Fourteenth Amendment - Due Process
Malicious Prosecution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See Attached"

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

110 North Bigby Dr. Columbia, TN 38401 (Home)

B. What date and approximate time did the events giving rise to your claim(s) occur?

09/02/2022 10:03pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 09/02/22. My children went home to a locksmith changing locks. They called me crying stating the man from the previous day, was there and animal control was coming to take our dogs. The police told me to come to my house and arrested me for criminal trespassing. Then banned me and my family; See Attached

Page 4)
2 D.) Magistrate / Transport Deputy
Lawrence Smithson "Larry"
· Denied due process, + refusal to look a documentation or state ID
· Civil Rights violation, seizing home unlawfully
Malicious prosecution

– Rob Perkins
· MCSO Deputy - Arresting
Denied Due Process
Seizure of home, unlawfully
Malicious prosecution

– City Animal Control Officer
unknown name

Seizure of home, unlawfully
Denied due process

3:C) from the residence, threatening my family with arrest for criminal trespassing if they returned, and placing me under bond conditions. There was never any eviction proceedings in court, I never met the man who bought the home the previous day and tried to have us removed then on 09/01/2022. The city police stated it was a civil matter, leaving us in possession of our home, previously foreclosed on, but awaiting decision or ~~[illegible]~~ motion to reverse sale. Not one officer would look at my documents or my ID on 09/02/2022 They seized our home and allowed to illegal

eviction, and theft of all of our property. We were never allowed to get our property, it was thrown into rented dumpsters or sold on facebook

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of property
Loss of enjoyment of life
Pain & suffering
Mental Anguish / Emotional Distress
Damage to Reputation (Defamation of character)
Humiliation
Financial Crisis

---

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Actual Damages $300,000.00
Punitive Damages $1,700,000.00
$ Total: $2,000,000.00

---

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/05/2023

Signature of Plaintiff [signature]

Printed Name of Plaintiff Andrea Stavropoulos

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Address __________

*City* *State* *Zip Code*

Telephone Number __________

E-mail Address __________

Defendant No. 4

Name: Doug Faulkner

Job or Title *(if known)*: Columbia Police Department-Supervisor

Address: 707 N. Main St.

Columbia | TN | 38401
City | State | Zip Code

County: Maury

Telephone Number: 931-388-2727

E-Mail Address *(if known)*:

[X] Individual capacity [ ] Official capacity

Defendant No. 5

Name: Billy Camargo

Job or Title *(if known)*: Columbia Police Department-Supervisor

Address: 707 N. Main St.

Columbia | TN | 38401
City | State | Zip Code

County: Maury

Telephone Number: 931-388-2727

E-Mail Address *(if known)*:

[X] Individual capacity [ ] Official capacity